1:25 MJ 4048

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Stephen J. McGrath, deposes and states:

## INTRODUCTION AND AGENT BACKGROUND

1. This Affidavit is offered in support of an request for a Complaint and Arrest Warrant for GEORGE THOMPSON for violations federal law that took place on or about February 12, 2025, in Cuyahoga County and the Northern District of Ohio, namely, Possession with the intent to distribute a controlled substance (21 U.S.C. Section 841(a)(1)); and Felon in Possession of firearm and/or ammunition (18 U.S.C. Section 922(g)).

2. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives, and has been since April of 2021. Your affiant completed training at the Federal Law Enforcement Training Center and the Bureau of Alcohol, Tobacco, Firearms, and Explosives National Academy. Previous to this position, your affiant served as an ATF Task Force Officer from July of 2018 until April of 2021. Prior to and while serving as a Task Force Officer with ATF, the Affiant was employed by the City of Cleveland, Ohio, Cleveland Division of Police (hereinafter "CDP") as a Basic Patrolman, a Detective with the CDP Gang Impact Unit, and as a Sergeant supervising the CDP Gang Impact Unit/ Operation Legend Task Force. Formalized education prior to law enforcement includes advanced degrees of Bachelor's in the Science of Business Administration and a Master of International Business Administration (MBA). Affiant has participated and investigated numerous state and federal narcotics, criminal groups and gangs, and firearms investigations. Pursuant to 18 U.S.C. § 3051, your affiant is empowered to enforce criminal laws of the United States. As result of training and experience, your affiant is familiar with federal laws including the Target Offenses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement personnel, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Cleveland Group IV is conducting a criminal investigation into **George THOMPSON** regarding violation of Title 18 U.S.C. Sections 922(g)(1) (Possession of a Firearm by a Prohibited Person) and Possession with the intent to distribute a controlled substance (21 U.S.C. Section 841(a)(1)).

5. On February 12, 2025, investigators of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Cleveland Group IV office were conducting surveillance of a two-family residence addressed both 1358 E. 95th St. (**TARGET RESIDENCE-1**) and 1360 E. 95th St., Cleveland, Ohio.

6. At approximately 1436 hours, surveillance units observed a black Chevrolet Traverse (Hertz Rental vehicle) and a black Audi SUV parked in front of the **TARGET RESIDENCE-1** and a grey Hyundai SUV bearing Florida license plate JXKW03 parked in the driveway of **RESIDENCE-1.**

7. At approximately 1505 hours, surveillance observed George THOMPSON exit **TARGET RESIDENCE-1** (1358 E. 95th St.) and enter the gray Hyundai SUV (FL: JXKW03) and depart from the residence travelling south on E. 95th St.

8. At approximately 1518 hours, surveillance units observed the grey Hyundai SUV operated by THOMPSON stop in the middle turning lane of Superior Ave. near E. 74th St. attempting to make a left-hand turn into a gas station. THOMPSON was then observed exiting

the vehicle and walking to the back of the vehicle and appeared to attempt to push the vehicle. THOMPSON then walked across the street to a gas station and acquired a gas can. THOMPSON was then observed going to a gas pump and pumping gas into the gas can while the Hyundai SUV remained in the middle of Superior Ave. unoccupied.

9. At this time, Cuyahoga County Sheriff's Office (CCSO) deputies pulled behind the unoccupied Hyundai SUV. They activated their overhead lights and approached the vehicle. From outside of the vehicle, deputies observed a black Glock handgun with an extended magazine resting on the front driver's seat in plain view.[1] CCSO deputies then approached THOMPSON and positively identified him. THOMPSON was arrested for Having Weapons Under Disability by the CCSO deputies.

10. The firearm recovered from the vehicle is a Glock, model 31, .357 caliber semi-automatic pistol bearing serial number CXBLA045.

11. The Hyundai SUV was inventoried and towed by CCSO pursuant to THOMPSON's arrest. Upon inventorying the vehicle, CCSO deputies recovered a digital scale in the center console.

12. THOMPSON was then interviewed at the CCSO headquarters by members of the ATF Cleveland Group IV office. After being read his Miranda rights and confirming that he understood his rights and wished to wave these rights and talk with investigators, THOMPSON admitted to possession of the firearm. THOMPSON confirmed that it was a Glock, model 31, and chambered in .357 caliber. He stated he purchased the firearm three days before. THOMPSON confirmed that he knew he was a convicted felon and could not possess a

---

[1] Affiant knows that Glock firearms are manufactured outside of the state of Ohio and therefore affected interstate commerce.

firearm.

13. THOMPSON was asked "You don't own any other guns, do you?" and he replied "Yea.. I got ugh, like for the house". When asked to clarify this statement, THOMPSON stated that there was a "rifle" at his residence for home protection. He stated that Jamisha HARDWICK, his child's mother and cohabitant, purchased the rifle for the "house". When asked if she purchased the firearm for her or for him, he stated he wished to "keep her out of this".

14. Additionally, THOMPSON identified his address as the **TARGET RESIDENCE-1** (1358 E. 95th St.). He stated that he resides at this residence with his child's mother Jamisha HARDWICK and their small child. THOMPSON stated that he owns the entire structure which includes 1358 and 1360 E. 95th St. He stated that he remodels homes for a living and has fully remodeled the 1358 side and is in the process of remodeling 1360. THOMPSON stated he has access to the entire structure to include both units. This is consistent with prior investigative knowledge and observations to include investigators observing occupants of the structure go to and from 1358 and 1360 freely.

15. George THOMPSON has a criminal history to include arrests and/or convictions for felony drug possession, drug trafficking, carrying a concealed weapon, improper handling of firearms in a motor vehicle, having weapons while under disability, aggravated theft, and felonious assault. THOMPSON is specifically federally prohibited from the possession of firearms and ammunition pursuant to Cuyahoga County court cases, to wit CR11-554533A , attempted Felonious Assault (2923.02/2903.11 A(1), a felony of the third degree), CR11-547121A, Drug Possession (2925.11 A, a felony of the fourth degree), and CR10-541252 of Drug Trafficking (2925.03 A(2), a felony of the third degree). Affiant knows that under Ohio

Case: 1:25-mj-04048-JDG Doc #: 1-1 Filed: 02/13/25 5 of 9. PageID #: 6

law, felonies of the third degree and fourth degree are punishable by a term of imprisonment greater than one year.

16. On February 12, 2025, investigators obtained a search warrant authorizing the search of **TARGET RESIDENCE-1** for evidence of violations of felon in possession of firearm (18 U.S.C. 922(g)). On the same day, investigators executed the search warrant at **TARGET RESIDENCE-1**, upon entry investigators observed, on the first floor, in the family room, in plain view, a suspected drug preparation area that included a metal sifter, metal bowl, four suspected drug scales, razor blade, and a blender. These items at the suspected drug preparation area were observed to have a white powdery residue, consistent in appearance with cocaine. Based on affiants training and experience this drug preparation area is consistent with the preparation of drugs for sale, such as cutting drugs with a filler substance to expand profit, in later sales. Affiant knows that cocaine is a Schedule II controlled substance.

17. Investigators then obtained a search warrant authorizing the search of **TARGET RESIDENCE-1** for evidence of violations of Possession with the intent to distribute a controlled substance (21 U.S.C. Section 841(a)(1)). Investigators then proceeded with a search of **TARGET RESIDENCE-1**. Upon searching the residence investigators recovered two block shaped packages of a white rock like substance wrapping in clear plastic and black tape (SEE EXHIBIT #01), five bags of suspected fentanyl pills (SEE EXHBIT #02), three bags of suspected ecstasy pills (SEE EXHIBIT #03), drug manufacturing and weighing equipment (SEE EXHIBIT #04), packaging material to include hundreds of clear plastic zip-lock bags, miscellaneous spent shell casings of different calibers, miscellaneous rounds of ammunition of different calibers to include rifle and pistol ammunition, and numerous magazines to include high capacity magazines.

5



(Exhibit #01)



(EXHIBIT #02)



(EXHIBIT #03)



(EXHIBIT #04)

18.     Affiant field tested the large scale shown in Exhibit #04, that produced a positive result for the presence of cocaine, a Schedule II controlled substance.  Likewise, a field test was conducted on one of the bricks shown in Exhibit #01, that yielded a positive result for

7

the presence of cocaine.  Affiant has found this field test to be reliable in his experience, based on later laboratory confirmation in unrelated cases.  The second brick in Exhibit #01 did not produce a positive result, but will be submitted for laboratory analysis.  Based on Affiant's training and experience, the above referenced recovered items are consistent with the preparation and distribution of street drugs for later sale.

## CONCLUSION

19. Based upon the above listed facts, your Affiant submits that there is probable cause to believe on February 12, 2025, in the Northern District of Ohio that GEORGE THOMPSON committed violations of Federal Law, namely: Possession of a Controlled Substance with the Intent to Distribute (Title 21, U.S.C., Section 841 (a)(1)); and Felon in

possession of firearm and/or ammunition (Title 18 U.S.C. 922(g)).  Therefore, Affiant request that this Court authorize the requested Complaint and Arrest Warrant for THOMSPON.

                                                            Respectfully Submitted,

_____
Stephen J. McGrath
Special Agent
ATF

Sworn to via telephone after a PDF was submitted to the Court by email, per Fed. R. Crim. P. 4.1 and 41(d)(3).

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE



_____02-13-2025_____
DATE

9